CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 3, 2022

Eric David Dixon, Esq.
Eric D. Dixon Attorney & Counselor at Law
301 South Avenue A.
Portales, NM  88130

Kelsi Brown Corkran, Esq.
Mary B. McCord, Esq.
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, DC  20001

Christina L. G. Brennan, Esq.
James P. Sullivan, Esq.
Brennan & Sullivan, P.A.
128 East DeVargas Street
Santa Fe, NM  87501

Mark D. Jarmie, Esq.
Mark D. Standridge, Esq.
Jarmie & Rogers
2540 El Paseo Rd, Suite D
Las Cruces, NM  88001

RE:  No. 22-2001 – Roxanne Torres v. Janice Madrid, et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **April 18, 2022**.

Sincerely,

David W. Aemmer

DWA:dm