# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**ROXANNE TORRES,**

       **Appellant,**

vs.

**JANICE MADRID, a New Mexico
State Police Investigations Bureau Officer
and RICHARD WILLIAMSON, a New Mexico
State Police Investigations Bureau Officer,**

       **Appellees,**

**Cause No. 22-2001**

_____

Appeal from the United States District Court
For the District of New Mexico
Cause No. 16-CV-01163 LF/KK
Hon. Laura Fashing

_____

## JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE BRIEF AND REPLY BRIEF
_____

Appellant, by and through her counsel of record, and Appellees, by and through their counsel of record, respectfully files this joint motion pursuant to Fed. R. App. P. 26(b) and 10th Cir. Rule 27.6, for an extension of time in which to file Appellees' Response brief to **July 15, 2022,** and Appellant's Reply brief to **August 15, 2022**.

In support of this request, counsel jointly state as follows:

1. Appellant received a two-week extension on the deadline for her opening brief and timely filed that brief on May 2, 2022.

2. The Institute for Justice and Constitutional Accountability Center each filed amicus briefs in the Appellant's support on May 9, 2022.

3. Appellees' brief is currently due on June 3, 2022. This is Appellees' first request for an extension of time.

4. Appellees seek an extension to allow them adequate time to analyze and respond to the arguments set forth by Appellant and Amici. In addition, counsel with primary responsibility for drafting Appellees' brief, Christina L. G. Brennan, will be out of the country from May 26, 2022, until June 7, 2022. Counsel with primary responsibility for drafting Appellant's reply brief, Kelsi Brown Corkran, will be out of the country from June 29, 2022, to July 15, 2022.

5. Counsel for both parties have consulted and agree that extending the deadline for Appellees' brief to July 15, 2022, and Appellant's reply brief to August 15, 2022, will provide each party with the time necessary to prepare their briefs in light of their pre-planned travel schedules.

6. Oral argument has not yet been scheduled.

Respectfully submitted this 18th day of May, 2022

*/s/ Christina L. G. Brennan*
Christina L. G. Brennan, Esq.

Brennan & Sullivan, P.A.
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
Christina@brennsull.com
*Counsel for Appellees*

Approved:

*/s/ K. Brown Corkran via email 5/18/2022*
Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 661-6728
kbc74@georgetown.edu
*Counsel for Appellant*