No. 22-2001
_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

ROXANNE TORRES,

*Appellant*,

v.

JANICE MADRID, et al.

*Appellees*,
_____

On Appeal from the United States District Court
for the District of New Mexico
Civil Action No. 1:16-cv-01163-LF-KK
Hon. Laura Fashing
_____

**APPELLANT'S UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF**
_____

Appellant respectfully files this unopposed motion pursuant to Fed. R. App. P. 26(b) and 10th Cir. Rule 27.6, for a 21-day extension of time in which to file her reply brief in this matter. The brief is currently due on July 27, 2022. If the Court grants the extension, the brief will be due on August 17, 2022.

This motion is based on the attached declaration of Kelsi Brown Corkran, counsel for Appellant.

Respectfully submitted this 11th day of July, 2022.

/s/ *Kelsi Brown Corkran*
Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY AND PROTECTION
GEORGETOWN UNIV. LAW CENTER
600 New Jersey Ave. NW
Washington, DC 20001
Phone (202) 661-6728
kbc74@georgetown.edu

*Counsel for Appellant*

## DECLARATION OF COUNSEL

I, Kelsi Brown Corkran, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I entered my appearance in the above-captioned case on January 10, 2022.

2. Appellant filed her opening brief on May 2, 2022, after receiving one 14-day extension on the due date. The Court had previously extended the due date by its own motion, pursuant to 10th Cir. R. 33.1, on January 12, 2022, and March 3, 2022.

3. On May 18, 2022, Appellee filed an unopposed motion to extend the deadline for Appellees' response brief to July 15, 2022, and Appellant's reply brief to August 15, 2022. The motion explained that the extensions were needed because Appellees' counsel, Christina Brennan, would be out of the country from May 26, 2022, to June 7, 2022, and I would be out of the country from June 29, 2022, to July 15, 2022.

4. On May 18, 2022, the Court entered an order extending the deadline for Appellees' response brief to July 5, 2022. The Court denied the request for an extension on the reply brief due date without prejudice on the ground that it was premature.

5. Appellees filed their response brief on July 5, 2022. Oral argument has not yet been scheduled.

6. A 21-day extension of time on the reply brief due date is necessary because, as noted, I am currently out of the country on vacation and will not return until

2

July 15, 2022. In addition, when I return, I will have primary responsibility for the Brief in Opposition in *City of Anaheim v. Valenzuela*, U.S. Supreme Court No. 21-1598, which is currently due July 28, 2022, and on behalf of respondent Zachary Cohen in *Ritter v. Migliori*, U.S. Supreme Court No. 22-30, which is currently due August 10, 2022.

7. I have consulted with Ms. Brennan, who advised me that Appellees do not object to this motion.

I certify, under penalty of perjury, that the foregoing is true and correct. Executed this 11th day of July, 2022.

Respectfully submitted,

*/s/ Kelsi Brown Corkran*
Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
GEORGETOWN UNIV. LAW CENTER
600 New Jersey Ave. NW
Washington, DC 20001
Phone (202) 661-6728
kbc74@georgetown.edu

*Counsel for Appellant*

## CERTIFICATIONS

I hereby certify that with respect to the foregoing:

I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system on July 11, 2022. Listed counsel in this appeal are registered CM/ECF users who will be served by the appellate CM/ECF system.

I also certify that I have scanned the foregoing document for viruses using the most recent version of a commercial virus scanning program, Microsoft Defender, and the document is free of viruses.

I further certify that I have not made any privacy redactions in the attached document and that no paper copies are required.

Date: July 11, 2022

                             */s/ Kelsi Brown Corkran*
                             Kelsi Brown Corkran